No. 97–1442. BELL, WARDEN v. RICKMAN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1509. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. v. CARRIGER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1302. COLORADO COMPENSATION INSURANCE AUTHORITY ET AL. v. SIMON ET AL. Sup. Ct. Colo. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1320. DAVIS ET AL. v. CITY OF HOLLYWOOD. C. A. 11th Cir. Motion of Donald J. Jaret for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–1346. CABRAL v. HEALY TIBBITS BUILDERS, INC. C. A. 9th Cir. Motion of Southern California-Nevada Regional Council of Carpenters et al. and Inland Boatmen's Union of the Pacific, Columbia River Region, for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–8193. MCDONALD v. ILLINOIS. C. A. 7th Cir. Certiorari before judgment denied.

No. 97–9101 (A–865). CARTER v. BUSH, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari before judgment denied.